UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:21-cv-21766-JEM

RITA POTTER,
individually and on behalf of all
others similarly situated,               **CLASS ACTION**

    Plaintiff,                        **JURY TRIAL DEMANDED**

v.

BIZRINGER, INC.,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL *WITH* PREJUDICE**

Plaintiff Rita Potter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Rita Potter, individually, are hereby dismissed <u>with</u> prejudice. All claims of the putative class are hereby dismissed <u>without</u> prejudice.

Respectfully submitted,

Dated: June 2, 2021

                      <u>/s/ Michael Eisenband</u>
                      Michael Eisenband, Esq.
                      Florida Bar No. 94235
                      515 E Las Olas Blvd, Suite 120
                      Fort Lauderdale, FL 33301
                      MEisenband@Eisenbandlaw.com

                      ***Attorney for Plaintiff***