UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-21766-CIV-MARTINEZ-BECERRA**

RITA POTTER, individually and on behalf of all
others similarly situated,
    Plaintiff,

vs.

BIZRINGER, INC.,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice, [ECF No. 11]. It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

Claims of the uncertified putative class are dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of June, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record